UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 11-246 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| RICARDO RUSH, | ) | |
| | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:    Assault with Significant Bodily Injury

<u>Date of Detention Hearing</u>:    May 25, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant is charged by Complaint in the Superior Court of the District of

Columbia with Assault With Significant Bodily Injury (felony assault). Defendant was arrested in this District pursuant to a bench warrant issued by a judge of the District of Columbia Superior Court. Defendant has waived his rights under Rule 5 to a preliminary hearing and identity hearing, and an Order of Transfer has been signed.

(2) Defendant was not interviewed by Pretrial Services. Much of his background information is unknown or unverified. Defendant does not request a detention hearing in this District. He wishes to preserve the right to produce evidence in this regard in the charging court.

(3) Defendant poses a risk of nonappearance due to lack of background information. Defendant poses a risk of danger due to the nature of the charges and criminal history.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

01          Government, the person in charge of the corrections facility in which defendant

02          is confined shall deliver the defendant to a United States Marshal for the purpose

03          of an appearance in connection with a court proceeding; and

04     (4)  The clerk shall direct copies of this Order to counsel for the United States, to

05          counsel for the defendant, to the United States Marshal, and to the United States

06          Pretrial Services Officer.

07     DATED this 25th day of May, 2011.

08

09     _____

10     Mary Alice Theiler
       United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                                          PAGE 3